UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HENRIQUE CASTRO GONZALES,          )     CASE NO. EDCV 09-2047 PA (FFM)
                                   )
                    Petitioner,    )     ORDER ACCEPTING FINDINGS,
                                   )     CONCLUSIONS AND
        v.                         )     RECOMMENDATIONS OF
                                   )     UNITED STATES MAGISTRATE JUDGE
DERELL G. ADAMS,                   )
                                   )
                    Respondent.    )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

action, the attached Report and Recommendation of United States Magistrate Judge

("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

and accepts the findings of fact, conclusions of law, and recommendations contained in

the Report after having made a de novo determination of the portions to which

objections were directed.

        IT IS ORDERED that judgment be entered dismissing the Petition on the merits

with prejudice.


DATED: March 27, 2012

                                        _____
                                                PERCY ANDERSON
                                             United States District Judge