UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIQUE CASTRO GONZALES, <br><br> Petitioner, <br><br> v. <br><br> DERELL G. ADAMS, <br><br> Respondent. | CASE NO. EDCV 09-2047 PA (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 27, 2012

PERCY ANDERSON
United States District Judge